In the Matter of the Application of HARRY J. HALPERIN et al., Respondents, for an Adjudication of Their Rights as Attorneys in the Case of GABRIELA GAUTIERI, Appellant, v. FRANCIS CARR, Defendant.— In a proceeding under section 475 of the Judiciary Law, the resettled order on appeal establishes and determines the amount of the lien of the attorneys for appellant. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ., concur.

■

In the Matter of MURRAY KING, Appellant-Respondent, against ALEXANDER MACMURRAY et al., Respondents; LAWRENCE W. MCKEOWN et al., Doing Business as MID-ISLAND HERALD, Respondents-Appellants.— Appeal withdrawn. (See *Matter of King* v. *MacMurray, ante,* p. 1079, decided herewith.) Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

■

In the Matter of FRANCES MARSH, Respondent. ROBERT CHALAIRE, Appellant. — Order of the Children's Court, Nassau County, adjudging paternity and making directions for support, modified on the facts by striking from the second ordering paragraph the figure " $125.00 " and substituting in place thereof the figure " $75.00 ". As thus modified, order unanimously affirmed, without costs. On the record presented, the award for support was excessive. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ.

■

In the Matter of LEONARDO MOSCHITTO, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— In an article 78 proceeding to review a determination of the State Rent Administrator denying an application for a certificate of eviction, petitioner appeals from an order dismissing the petition. Petitioner, the owner of a two-family house and the occupant of one apartment therein seeks to obtain the other apartment for occupancy by his daughter, her husband and infant child. Respondent denied the application on the ground that petitioner had not established immediate and compelling necessity, without prejudice to another application on the birth of another child to petitioner's daughter, but refused to consider the daughter's pregnancy. Order reversed, without costs, and matter remitted to respondent for further consideration. The remission is made in accordanace with respondents' request for an opportunity to give further consideration to the application for a certificate in the light of the birth of another child to petitioner's daughter. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

■

In the Matter of the Accounting of KATHERINE SAVALAS et al., as Executors of THEODORE NICOLAIDES, Deceased, Appellants. INES CATTALINICH, Respondent.— In an accounting proceeding, the executors appeal from a resettled decree of the Surrogate's Court, Queens County, insofar as it allows a claim for services rendered to decedent in accordance with an express agreement. Resettled decree unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present— Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ.